

**ORDERED in the Southern District of Florida on July 31, 2020.**

Paul G. Hyman, Jr.,Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:                                                     Case No.: 19-19509-PGH

Ronald Joseph Catronio and                    Chapter 7
Mary Ann Catronio,

_____ Debtors.      /

### ORDER GRANTING DEBTORS' MOTION
### TO REOPEN CHAPTER 7 CASE, [DE #23]

THIS MATTER came before the Court for a hearing on July 30, 2020 at 9:30 A.M,

upon Debtors' Motion to Reopen Chapter 7 Case, (DE #23; the "Motion"), and based upon

the record, and for good cause shows, it is;

**ORDERED** and **ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Chapter 7 case is **REOPENED.**

3.  Debtors are permitted to file a Motion to Compel ACAR Leasing LTD d/b/a
    GM Financial Leasing to uphold Reaffirmation Agreement at DE #20 with
    Sanctions, (the "Motion to Compel").

4.  Following the Court's ruling on Debtors' pending Motion to Compel, the
    Clerk of Court is directed to forthwith re-close the case.

###

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*