

**ORDERED in the Southern District of Florida on July 31, 2020.**

*Paul Hyman* (signature)

**Paul G. Hyman, Jr., Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Case No.: 19-19509-PGH |
| Ronald Joseph Catronio and | Chapter 7 |
| Mary Ann Catronio, | |
|           Debtors.      / | |

**ORDER GRANTING DEBTORS' MOTION TO COMPEL
ACAR LEASING LTD D/B/A GM FINANCIAL LEASING
TO UPHOLD REAFFIRMATION AGREEMENT, [DE #24]**

THIS MATTER came before the Court for hearing on July 30, 2020 at 9:30 A.M. for consideration of Debtors' Motion to Compel ACAR Leasing LTD d/b/a GM Financial to Uphold Reaffirmation Agreement at DE #20 with Sanctions, (DE #20; the "Motion to Compel"), With the Court, having considered the content of the Motion, heard argument of counsel, made without opposition, and for the reasons stated on the record, it is;

**ORDERED** and **ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. Creditor ACAR Leasing LTD d/b/a GM Financial is hereby compelled to uphold the terms of the Reaffirmation Agreement filed at DE #20 including timely reporting the payments Debtors are making on their vehicle.

###

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-l(F).*